UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOMINIQUE PLAUNT, | ) | CIVIL ACTION NO. 1:24-CV-136 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| PERRY COUNTY CHILDREN AND | ) | |
| YOUTH SERVICES, *et al.*, | ) | |
| Defendants | ) | |

# **ORDER**

In accordance with the accompanying memorandum opinion, it is ordered that:

(1) Plaintiff's motion to strike Defendants' motions and briefs (Doc. 31) is denied.

(2) Defendants' motions to dismiss (Docs. 10, 24) are GRANTED as follows:

    a. The following claims will be dismissed with prejudice:

        i. Plaintiff's claim for relief under the APA;

        ii. Plaintiff's § 1983 claims alleging denial of a pre-deprivation hearing and privacy violations brought against CYS;

        iii. Plaintiff's § 1983 claims alleging denial of a pre-deprivation hearing and privacy violations brought against Defendant Gantt in her <u>official capacity</u>; and

        iv. Plaintiff's request for money damages against Defendant Gantt in her <u>individual capacity</u> for the denial of a pre-deprivation hearing.

    b. All other claims are dismissed without prejudice, and with leave to amend. Plaintiff may file an amended complaint on or before **July 2, 2025**. If no amended complaint is received by

       this deadline, Plaintiff's case may be dismissed in its entirety and closed.

(3)   Defendants' requests to strike paragraphs 14 and 16 of Plaintiff's complaint are denied as moot. However, Plaintiff is instructed to exclude the allegations about Defendants' insurance coverage from her amended complaint.

Date: June 4, 2025                                             BY THE COURT

                                                              *s/William I. Arbuckle*
                                                              William I. Arbuckle
                                                              U.S. Magistrate Judge