UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOMINIQUE PLAUNT,** | : | CIV. NO. 1:24-CV-00136 |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | (Magistrate Judge Carlson) |
| | : | |
| **PERRY COUNTY CHILDREN AND YOUTH SERVICES, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

# **ORDER**

AND NOW, this 18th day of November 2025, for the reasons set forth in the accompanying Memorandum Opinion, the defendants' motion to dismiss, (Doc. 40), is GRANTED with prejudice and this case shall be closed.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

1