UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOMINIQUE PLAUNT,** : | CIV. NO. 1:24-CV-00136 |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | (Magistrate Judge Carlson) |
| : | |
| **PERRY COUNTY CHILDREN AND** : | |
| **YOUTH SERVICES, et al.,** : | |
| : | |
| **Defendants.** : | |

# ORDER

AND NOW, this 6th day of January 2026, for the reasons set forth in the accompanying Memorandum, IT IS ORDERED that the plaintiff's motion to alter judgment, (Doc. 47), is DENIED.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

9